IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TOMMY C. HACKLE,**

  **Plaintiff,**

 **v.**         **CIVIL ACTION NO. 1:05CV125**
            **(Judge Keeley)**

**COMMISSIONER OF SOCIAL SECURITY,**

  **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  Pursuant to 28 U.S.C. §636(b)(1)(B), Rule 72(b), Federal Rules of Civil Procedure and Local Court Rule 4.01(d), on August 30, 2006, the Court referred this Social Security action to United States Magistrate John S. Kaull with directions to submit to the Court proposed findings of fact and a recommendation for disposition.

  On October 12, 2007, Magistrate Judge Kaull filed his Report and Recommendation and directed the parties, in accordance with 28 U.S.C. §636(b)(1) and Rule 6(e), Fed. R. Civ. P., to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation and further directed the parties that failure to file objections would

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

result in a waiver of the right to appeal from the judgment of this Court. The parties did not file any objections.

The Magistrate Judge determined that the record does not contain substantial evidence to support the commissioner's decision denying Plaintiff's application for disability insurance benefits and recommended that the case be remanded, pursuant to sentence four of 41 U.S.C. §§ 405(g) and 1381(c)(3), to the Commissioner for further proceedings consistent with the report and recommendation. The Magistrate Judge noted a number of problems with the ALJ's decision and specifically noted that "not only is there no expert or medical evidence contradicting Dr. Gerdeman's (plaintiff's treating physician) opinion, but there is in the record medical evidence that supports his opinion."

Upon consideration of the Magistrate Judge's recommendation and having received no written objections,[1] the Court accepts and approves the Report and Recommendation. Therefore, it is

---

[1] The failure of the parties to object to the Report and Recommendation not only waives their appellate rights in this matter, but also relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

HACKLE v. COMMISSIONER OF SOCIAL SECURITY                1:05CV125

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**ORDERED** That Magistrate Judge Kaull's Report and Recommendation/Opinion is accepted in whole and this civil action be disposed of in accordance with the recommendation of the Magistrate. Accordingly,

1. The plaintiff's motion for Summary Judgment (Docket No. 12) is **GRANTED**;

2. The defendant's motion for Summary Judgment (Docket No. 13) is **DENIED**;

3. The plaintiff's claim is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. §§ 504(g) and 1383(c)(3) for further proceedings consistent with the recommendations made by Magistrate Judge Kaull in his October 12, 2007 report and recommendation; and

4. This civil action is **DISMISSED WITH PREJUDICE** and **RETIRED** from the docket of this Court.

The Clerk of Court is directed to enter a separate judgment order. Fed.R.Civ.P. 58. If a petition for fees pursuant to the Equal Access to Justice Act (EAJA) is contemplated, the plaintiff is warned that, as announced in Shalala v. Schaefer, 113 S.Ct. 2625 (1993), the time for such a petition expires ninety days thereafter.

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

The Clerk of the Court is directed to transmit copies of this Order to counsel of record.

DATED: October 31, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE
